UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR ANTONIO LOPEZ,

Plaintiff,

-against-

FOOT LOCKER, INC.,

Defendant.

26 CIVIL 06195 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the October 8, 2026, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise its supplemental jurisdiction of any state-law claims that Plaintiff may be asserting in this action. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: October 13, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge